AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**DALI WIRELESS, INC.,**
*Plaintiff*

V.    Civil Action No. **6:20−CV−00827−ADA**

**CORNING, INC., ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Corning, Inc.**
**c/o Corporation Service Company d/b/a CSC−Lawyers Inc.**
**211 E. 7th Street, Suite 620**
**Austin, TX 78701**

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

> **Joseph M. Abraham**
> **Law Office of Joseph M. Abraham, PLLC**
> **13492 Research Blvd, Ste. 120, No. 177**
> **Austin, TX 78750**

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**JEANNETTE J. CLACK**
CLERK OF COURT

**s/LEIGH ANNE DIAZ**
DEPUTY CLERK

**ISSUED ON 2020−09−15 14:08:38**

CAUSE NO. 6:20−CV−00827−ADA

| | | |
|---|---|---|
| DALI WIRELESS, INC., | § | IN THE UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FOR THE WESTERN DISTRICT OF |
| | § | |
| CORNING, INC., ET AL., | § | |
| Defendant. | § | TEXAS |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Sep 15, 2020, 12:00 pm**,

SUMMONS, CIVIL COVER SHEET, COMPLAINT, EXHIBIT A-D

and was executed at **211 East 7th Street, Ste. 620 , Austin, TX 78701** within the county of **Travis** at **01:15 PM** on **Wed, Sep 16 2020**, by delivering a true copy to the within named

CORNING, INC.
by serving its registered agent Corporation Service Company,
accepted by authorized agent Samantha Guerra

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Corin Johnson**, my date of birth is **2/5/1983**, and my address is **500 E. 4th St. #143, Austin, TX 78701**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas**, on **September 16, 2020**.

Corin Johnson
Certification Number: PSC-5625
Certification Expiration: 9/30/2022