# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DALI WIRELESS, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) Case No. 6:20-cv-00827-ADA |
| v. | ) ) **JURY TRIAL DEMANDED** ) |
| CORNING, INC., a New York Corporation, and CORNING OPTICAL COMMUNICATIONS LLC, a North Carolina Limited Liability Company, | ) ) ) ) ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF DALI WIRELESS, INC.'S MOTION TO DISMISS WITHOUT PREJUDICE**

Before the Court is Plaintiff Dali Wireless, Inc.'s Motion to Dismiss Without Prejudice. After consideration of the motion, the Court is of the opinion that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims in the above-captioned case are dismissed without prejudice to the rights of any party to refile the same or any part thereof. **IT IS FURTHER ORDERED** that all attorneys' fees, costs of court, and expenses are to be borne by the incurring party. The Clerk is directed to close the case.

Signed this \_\_\_ day of _____, 2020

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE