IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DALI WIRELESS, INC., a Delaware Corporation, | )<br>)<br>) |
| Plaintiff, | ) Case No. 6:20-cv-00827-ADA |
| v. | )<br>) **JURY TRIAL DEMANDED** |
| CORNING, INC., a New York Corporation, and CORNING OPTICAL COMMUNICATIONS LLC, a North Carolina Limited Liability Company, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ORDER GRANTING PLAINTIFF DALI WIRELESS, INC.'S
MOTION TO DISMISS WITHOUT PREJUDICE**

Before the Court is Plaintiff Dali Wireless, Inc.'s Motion to Dismiss Without Prejudice. After consideration of the motion, the Court is of the opinion that it should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all claims in the above-captioned case are dismissed without prejudice to the rights of any party to refile the same or any part thereof. **IT IS FURTHER ORDERED** that all attorneys' fees, costs of court, and expenses are to be borne by the incurring party. The Clerk is directed to close the case.

Signed this 19th day of January, 2020

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE